**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    PAUL LINDER,                      ) Case No. 14-CV-03861 SC
                                       )
10                    Plaintiff,       ) ORDER DENYING PLAINTIFF'S
                                       ) ADMINISTRATIVE MOTION TO
11      v.                             ) SHORTEN TIME
                                       )
12   GOLDEN GATE BRIDGE, HIGHWAY &     )
     TRANSPORTATION DISTRICT, a Special )
13   District; LISA LOCATI individually )
     and as Bridge Captain of the      )
14   District, and DOES 1 to 10,       )
                                       )
15                                     )
                     Defendants.       )
16                                     )
                                       )
17                                     )
                                       )
18   _____)

19

20      Now before the Court is Plaintiff Paul Linder's administrative

21   motion for an order to shorten time for hearing and briefing.  ECF

22   No. 22 ("Mot.").  Defendants Golden Gate Bridge, Highway &

23   Transportation District and Lisa Locati ("Defendants") oppose.  ECF

24   No. 23 ("Opp'n").  The motion is DENIED.

25      These motions arise out of Plaintiff's parallel motion for

26   leave to file an untimely opposition to Defendants' motion to

27   dismiss.  ECF No. 21 ("Mot. for Leave").  In that motion, Plaintiff

28   states he failed to calendar the correct opposition date after this

1    matter was reassigned from Magistrate Judge Westmore to the

2    undersigned, and accordingly missed the deadline to oppose the

3    motion.  ECF Nos. 15 ("Reassignment"); 16 ("MTD").  Plaintiff has

4    moved for leave to file an untimely opposition to Defendants'

5    motion to dismiss, arguing that his neglect in failing meet the

6    applicable deadline was excusable.  See Pioneer Inv. Serv. Co. v.

7    Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993).

8         Now, pursuant to Civil Local Rule 7-11, Plaintiff seeks to

9    shorten the time for hearing and briefing that motion.

10   Specifically, Plaintiff seeks an order setting the deadline for

11   Defendants to oppose the motion for November 17, 2014, with a

12   hearing to come on Friday, November 21, 2014.  Plaintiff apparently

13   believes this is necessary because "Defendant's Motion to Dismiss

14   Plaintiff's Complaint is currently noticed for hearing December 4,

15   2014, eight days prior" to the first available date for hearing

16   Plaintiff's motion for leave to file an untimely opposition.  Mot.

17   at 3.

18        First, Plaintiff's counsel is clearly still confused about

19   what dates govern this action, and would be wise to revisit the

20   order reassigning the case to the undersigned as well as the Civil

21   Local Rules.  As both the reassignment order and the associated

22   clerk's notice state "[a]ll dates presently scheduled are vacated

23   and motions should be renoticed for hearing before the judge to

24   whom the case has been reassigned."  Reassignment at 1 (emphasis

25   added); see also ECF No. 14 ("Clerk's Notice") ("ALL HEARING DATES

26   PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED

27   . . . .") (emphasis in original).  Defendants' counsel complied

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   with this order, and renoticed the hearing on the motion to dismiss

2   for Friday, December 5, 2014.  ECF No. 16 ("Renotice").

3        Second, on the merits of Plaintiff's motion to shorten time,

4   Defendants are right.  Specifically, Plaintiff's motion to shorten

5   time is procedurally improper.  Civil Local Rule 7-11 permits the

6   filing of administrative motions seeking only relief "not otherwise

7   governed by a . . . local rule . . . ."  Civil Local Rule 6-3 sets

8   forth the applicable standard for "[a] motion to enlarge or shorten

9   time . . . ."  Civ. L.R. 6-3.  Because, Plaintiff's motion does not

10  comply with the Local Rules it is DENIED.

11       To avoid future confusion, the Court will set a specific

12  briefing and hearing schedule for these motions.  In doing so, the

13  Court expresses no opinion on Plaintiff's motion for leave to file

14  an untimely opposition brief, and may, depending on the merits of

15  that motion, treat the motion to dismiss as unopposed.

16  Nonetheless, to facilitate the orderly resolution of these matters,

17  the Court hereby ORDERS that the briefing and hearing of these

18  motions shall be governed by the following schedule:

19  • No later than Wednesday, November 26, 2014, Plaintiff shall

20      file his opposition to Defendants' motion to dismiss.

21  • No later than Wednesday December 3, 2014, Defendants shall

22      file any reply in support of their motion to dismiss.

23  • The briefing of the motion for leave to file an untimely

24      opposition to Defendants' motion to dismiss shall be

25      governed by the schedule noticed with the motion, ECF No.

26      21.  Accordingly, no later than Wednesday, November 26,

27      2014, Plaintiff shall file any reply in support of the

28      motion.

**United States District Court**
For the Northern District of California

1    • Hearings on both Defendants' motion to dismiss and

2      Plaintiff's motion to file an untimely opposition to the

3      motion to dismiss shall be set for Friday, December 12,

4      2014 at 10:00 AM in Courtroom 1, 17th Floor, 450 Golden

5      Gate Avenue, San Francisco, CA 94102.

6

7    IT IS SO ORDERED.

8

9    Dated: November 20, 2014     

10                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28